

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-l(c)**<br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br>Attorneys for Debtor, Cynthia Siwulec<br>David G. Beslow, Esq.  #DGB-5300 | Order Filed on July 5, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re<br><br>    CYNTHIA SIWULEC,<br><br>                Debtor | Case No.: 22-10299-MBK<br><br>Chapter: 13<br><br>Hearing Date: July 13, 2022 at 10:00 am<br>Judge: Michael B. Kaplan |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The Order set forth on the following pages is hereby **ORDERED**

**DATED: July 5, 2022**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page: 2
Debtor: Cynthia Siwulec
Case No.: 22-10299-MBK
Caption: **Order Resolving Objection to Confirmation**

THIS MATTER having been brought before the Court by David G. Beslow, Esq., attorney for the Debtor, Cynthia A Siwulec ("Debtor"), upon the filing of a Chapter 13 Plan, and SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust ("Secured Creditor"), by and through its attorneys, Friedman Vartolo LLP, having filed an Objection to the Confirmation of said Chapter 13 Plan, and the parties having subsequently resolved their differences; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Secured Creditor has agreed to allow time for Debtor to sell or refinance the real property located at 181 Rumson Road, Rumson, NJ 07760. Debtor shall complete a sale or refinance by August 25, 2022 and in the event the Debtor fails to sell/refinance by August 25, 2022, then Secured Creditor may file a certification of default with the Court seeking dismissal of the Debtor's Chapter 13 case, a copy of which certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.
2. Debtor agrees to make timely regular post-petition monthly mortgage payments.
3. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage.
4. In the event the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due, then Secured Creditor may file a motion or certification to vacate the automatic stay accordingly, a copy of which shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.
5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.